UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
           - v. -                :    **UNSEALING ORDER**
                                 :
IRINA PASTINA et al.,            :    S5 20 Cr. 681 (JPC)
                                 :
           Defendants.           :
                                 :
- - - - - - - - - - - - - - - - X

Upon the application of the United States of America, by and through Assistant United States Attorneys Nicholas W. Chiuchiolo and Daniel G. Nessim, it is hereby ORDERED that Superseding Indictment S5 20 Cr. 681 (JPC), which was filed under seal on December 12, 2022 and is annexed hereto, is unsealed.

SO ORDERED.

Dated:  New York, New York
        December 14, 2022

_____
HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK