

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 5, 2023

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Irina Pastina and Jenya Kremen*, 20 Cr. 681 (JPC)

Dear Judge Cronan:

      The Government respectfully writes to request an exclusion of time in the above-referenced matter. On April 3, 2023, defendant Jenya Kremen filed a motion for a brief adjournment of the next status conference due to her attorney's unavailability. (Dkt. No. 407). On April 4, 2023, the Court granted the motion, adjourning the status conference to April 17, 2023. (Dkt. No. 408). The Government respectfully seeks an exclusion of time from Speedy Trial Act calculations through April 17, 2023. In light of counsel's unavailability and the defense's continued review of discovery, the requested exclusion of time is in the interests of justice. *See* 18 U.S.C. § 3161(h)(7)(A). Defendants Pastina and Kremen, through counsel, consent to this request.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By: /s/_____
      Nicholas W. Chiuchiolo
      Daniel G. Nessim
      Assistant United States Attorneys
      (212) 637-1247 / 2486

cc:  all counsel of record (by ECF)

---

The Court grants the Government's request to exclude time under the Speedy Trial Act between April 10, 2023 and April 17, 2023. The Court finds that, pursuant to 18 U.S.C. 3161(h)(7)(A), the ends of justice served by excluding time until April 17, 2023 outweigh the interests of the public and the Defendants in a speedy trial, by allowing time for Defendants to continue their review of discovery.

SO ORDERED.
Date: April 5, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge