UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,  :
:
-v-  :  20 Cr. 681 (JPC)
:
IRINA PASTINA and JENYA KREMEN,  :  <u>PRETRIAL ORDER</u>
:
Defendants.  :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Trial is scheduled to begin in this matter on October 2, 2023. The Parties must familiarize themselves with Part 7 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500. Defendants may file any discovery motions by June 19, 2023. The Government's opposition to any discovery motions is due July 6, 2023, and the deadline for any replies is July 13, 2023. The Government shall provide Defendants with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by August 23, 2023. By September 6, 2023, the Parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any motions *in limine* shall also be filed by September 6, 2023, with oppositions due September 13, 2023. The Court will hold a Final Pretrial Conference on September 27, 2023, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: May 8, 2023
       New York, New York
                                            JOHN P. CRONAN
                                            United States District Judge