

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 8, 2023

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Irina Pastina & Jenya Kremen*, 20 Cr. 681 (JPC)

Dear Judge Cronan:

The Court has previously set a deadline for the exchange of expert notices of May 12, 2023. The Government anticipates calling a cell-site location expert at the above-captioned trial. As the Government previewed at the prior conference, and with the consent of the defendants, the Government respectfully requests that the Court allow the Government to make an initial disclosure on May 12, 2023, with a second disclosure due sixty days before trial. The Second disclosure will include the actual discrete opinions the expert is expected to testify to concerning the approximate locations of certain cellular devices on certain dates and times.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ _____
Nicholas W. Chiuchiolo
Daniel G. Nessim
Assistant United States Attorneys
(212) 637-1247 / -2486

The request is granted. The Government shall make its initial disclosure on May 12, 2023, and shall make a second disclosure sixty days before trial.

The Clerk of Court is respectfully directed to close the motion pending at Docket Number 423.

SO ORDERED.
Date: May 8, 2023                  _____
New York, New York                        JOHN P. CRONAN
                                    United States District Judge