## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

July 25, 2023

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

**By ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:    United States v. Levin (Pastina), 20 Cr. 681 (JPC)

Dear Judge Cronan:

We represent defendant Irina Pastina in the above-captioned case.  We respectfully write to request a temporary modification of Ms. Pastina's bail conditions to allow her to travel to the Southern District of Florida from August 17, 2023 to August 22, 2023 for a vacation. Ms. Pastina's current conditions of release permit travel to the Southern and Eastern Districts of New York and the District of New Jersey.  Pretrial Services and the Government have no objection to this request.

Since her arrest on December 14, 2022, Ms. Pastina has established a track record of conscientious compliance with her bail conditions.  Throughout this period, neither Pretrial Services nor the Government have reported any difficulties in Ms. Pastina's supervision.  The Government retains possession of Ms. Pastina's passport, and Ms. Pastina would give advance notice to Pretrial Services of her travel plans, including flight and hotel information.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. John P. Cronan
July 25, 2023
Page 2

We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ Telemachus P. Kasulis
Telemachus P. Kasulis
Kevin Grossinger

*Counsel to Irina Pastina*

cc:     Counsel of Record (by ECF)
        Meherun Mayer, U.S. Pretrial Services Office, Southern District of New York (by email)

The request is granted.  Pastina's bail conditions are modified to allow her to travel to the Southern District of Florida from August 17, 2023 to August 22, 2023.  Pastina shall provide her itinerary to Pretrial Services prior to her departure.  The Clerk of Court is respectfully directed to close the motion pending at Docket Number 436.

SO ORDERED.
Date: July 25, 2023
New York, New York

_____
        JOHN P. CRONAN
     United States District Judge