

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 31, 2023

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Irina Pastina & Jenya Kremen*, 20 Cr. 681 (JPC)

Dear Judge Cronan:

    The Government respectfully writes, with the consent of counsel for both defendants, to request that the Court adjourn the date for a second expert disclosure by two weeks, to August 17, 2023. The Government has already made an initial disclosure relating to cell-site expert testimony, and the second disclosure will include more specific opinions concerning the approximate locations of certain cellular devices on certain dates and times.

                                       Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney for the
                                       Southern District of New York

                           By: /s/_____
                              Nicholas W. Chiuchiolo
                              Daniel G. Nessim
                              Assistant United States Attorneys
                              (212) 637-1247 / -2486

The request is granted. The Government shall make its second expert disclosure by August 17, 2023. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 444.

SO ORDERED.
Date: August 1, 2023
New York, New York

                       _____
                       JOHN P. CRONAN
                       United States District Judge