UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
     Judgment Creditor,

v.

IRINA PASTINA,
     Judgment Debtor.

20-CR-00681-13 (JPC)

**STIPULATION AND ORDER FOR VOLUNTARY ASSIGNMENT OF EARNINGS**

WHEREAS, on March 4, 2024, the United States of America obtained a judgment against the judgment debtor, IRINA PASTINA, in the amount of $4,731,240.00, for which the outstanding balance is $4,731,240.00, and the parties have agreed to voluntary automatic deduction of 5% per pay period from IRINA PASTINA's compensation to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that IRINA PASTINA's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 5% of IRINA PASTINA's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for IRINA PASTINA, 20-CR-00681-13.

Dated: May 10, 2024
New York, New York

_____
IRINA PASTINA
*Judgment Debtor*

DAMIAN WILLIAMS
United States Attorney

_____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712

SO ORDERED:

_____
JOHN P. CRONAN
United States District Judge

Date: May 30, 2024
New York, New York